O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFONSO S. VALDOVINOS, | ) | Case No. CV 11-08767 DDP (JCGx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING MOTION TO DISMISS** |
| NDEx WEST L.L.C., a Delaware Limited Liability Corporation; WELLS FARGO BANK, M.A., a/k/a WACHOVIA MORTGAGE, a Division of WELLS FARGO BANK, N.A., and f/k/a WACHOVIA MORTGAGE, FSB, successor in interest to WORLD SAVINGS BANK, FSB, | ) | [Dkt. Nos. 19, 20, 22] |
| Defendants. | ) | |

    Presently before the court is Defendant Wells Fargo Bank, NA's Motion to Dismiss Plaintiff's Complaint, in which Defendant NDeX West LLC joins. Because Plaintiff has not filed an opposition, the court GRANTS the motion.

    Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. Cal. L.R. 7-9. Additionally, Local Rule 7-12 provides that

1  "[t]he failure to file any required paper, or the failure to file
2  it within the deadline, may be deemed consent to the granting or
3  denial of the motion."  C.D. Cal. L.R. 7-12.
4      The hearing on Defendant's motion was set for January 30,
5  2012.  Plaintiff's opposition was therefore due by January 9, 2012.
6  As of the date of this Order, Plaintiff has not filed an
7  opposition, or any other filing that could be construed as a
8  request for a continuance.  Accordingly, the court deems
9  Plaintiff's failure to oppose as consent to granting the motion to
10 dismiss, and GRANTS the motion.  Defendant Wells Fargo's motion to
11 strike (Dkt. No. 20) is VACATED as moot.

14 IT IS SO ORDERED.

17 Dated: January 18, 2012

                                        DEAN D. PREGERSON
                                        United States District Judge

2