UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

<mark>CLOSED</mark>

| | |
|---|---|
| ALFONSO S. VALDOVINOS,<br><br>    Plaintiff,<br><br>v.<br><br>NDEx WEST, L.L.C., a Delaware Limited Liability Corporation; WELLS FARGO BANK, N.A., A/K/A WACHOVIA MORTGAGE, a Division of WELLS FARGO BANK, N.A. and F/K/A WACHOVIA MORTGAGE, FSB, successor in interest to WORLD SAVINGS BANK, FSB; DOES 1 THROUGH 100 INCLUSIVE,<br><br>    Defendants. | CASE NO.: 2:11-cv-8767 DDP (JCGx)<br><br>**JUDGMENT OF DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.**<br><br>[Assigned to the Honorable Dean D Pregerson, District Judge ] |

    On January 18, 2012, this Court entered an Order granting the motion of defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") to dismiss the Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In accordance with that Order:

///

///

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant Wells Fargo is dismissed from this action with prejudice.

2. Plaintiff Alfonso S. Valdovinos shall take nothing from defendant Wells Fargo.

3. As the prevailing party, defendant Wells Fargo may submit motions to tax costs and to recover reasonable attorneys' fees.

**IT IS SO ORDERED.**

Dated: January 20, 2012

HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE