CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO S. VALDOVINOS,<br><br>                            Plaintiff,<br>   vs.<br><br>NDEX WEST LLC, a Delaware Limited Liability Corporation; WELLS FARGO BANK, N.A., A/K/A WACHOVIA MORTGAGE, a Division of WELLS FARGO BANK, N.A., and F/K/A WACHOVIA MORTGAGE, FSB, successor in interest to WORLD SAVINGS BANK, FSB; and DOES 1 through 100, inclusive,<br><br>                            Defendants. | CASE NO. 2:11-cv-8767-DDP(JCGx)<br><br>**JUDGMENT OF DISMISSAL OF DEFENDANT NDeX WEST, LLC** |

On January 18, 2012, this Court entered an Order granting the Motion to Dismiss of Defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and granted the Joinder to Motion to Dismiss by Defendant NDeX WEST, LLC ("NDeX").  Pursuant to that Order:

IT IS HEREBY ORDERED that Defendant NDeX WEST, LLC is dismissed from this action with prejudice.

**IT IS SO ORDERED.**

Dated: <u>January 24, 2012</u>

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE