O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO S. VALDOVINOS, <br><br> Plaintiff, <br><br> v. <br><br> NDEx WEST L.L.C., a Delaware Limited Liability Corporation; WELLS FARGO BANK, N.A., a/k/a WACHOVIA MORTGAGE, a Division of WELLS FARGO BANK, N.A., and f/k/a WACHOVIA MORTGAGE, FSB, successor in interest to WORLD SAVINGS BANK, FSB, <br><br> Defendants. | Case No. CV 11-08767 DDP (JCGx) <br><br> **ORDER GRANTING DEFENDANT'S MOTION FOR ATTORNEYS' FEES** <br><br> [Dkt. No. 30] |

    Presently before the court is Defendant Wells Fargo Bank, NA's Motion for Attorney Fees. Plaintiff is contractually liable for prevailing party Wells Fargo's reasonable attorneys' fees.[1] Wells Fargo seeks $19,928 in fees. Having considered the submissions of the parties, the court finds that Wells Fargo's reasonable fees are

---

[1] Though represented by counsel, Plaintiff did not oppose Wells Fargo's Motion to Dismiss the First Amended Complaint.

$16,999.25.² Wells Fargo is hereby awarded attorneys' fees of $16,999.25.

IT IS SO ORDERED.

Dated: May 25, 2012

DEAN D. PREGERSON
United States District Judge

---

² The court's reduction is premised upon a finding of excessive billing in connection with Defendant's motion to dismiss the first amended complaint. Though the amended complaint raised new issues, counsel billed for an unreasonable amount of time spent on what was, at that point, Defendant's second motion to dismiss, which incorporated several relatively standard arguments and built upon the foundation of Defendant's first motion.

2